# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| EILEEN FORREST | ) | |
| | ) | 10 C 6066 |
| Plaintiff, | ) | |
| v. | ) | Judge George W. Lindberg |
| | ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| BEERMANN SWERDLOVE, LLP | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE APPEARANCE OF COUNSEL AND FOR OTHER RELIEF

1. Eileen Forrest moves through Donald Johnson and Julie Boynton that they be given leave to file their appearances as counsel on her behalf

2. If leave is granted, plaintiff asks that the court grant her counsel leave to file the attached Motion for Voluntary Dismissal instanter and to conduct hearing on the same. See Exhibit 1, a copy of plaintiff's Motion for Voluntary Dismissal.

**WHEREFORE**, Eileen Forrest prays that leave be given to Donald L. Johnson and Julie Boynton to file their appearances for her in this matter. If such leave is granted, plaintiff prays that her counsel be granted leave to file the attached Motion for Voluntary Dismissal instanter and that the court conduct a hearing on the same. Plaintiff asks for such other and further relief as may be just and equitable.

Respectfully Submitted,


By: _____/s Julie A. Boynton_____
One of her proposed attorneys


Donald L. Johnson (ARDC NO. 1342460)
Julie A. Boynton (ARDC NO. 6224529)
33 North Dearborn Street
Suite 1401
Chicago, Illinois 60602
(312) 263-7000

# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| EILEEN FORREST | ) | |
| | ) | 10 C 6066 |
| Plaintiff, | ) | |
| v. | ) | Judge George W. Lindberg |
| | ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| BEERMANN SWERDLOVE, LLP | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR VOLUNTARY DISMISSAL

Eileen Forrest moves through counsel for voluntary dismissal of this action without prejudice and without costs. In support she states this action was filed in the District Court without her knowledge and consent. She had retained prior counsel to bring a professional negligence claim against the defendants in this matter but assumed the same would be filed in the Circuit Court of Cook County. She had no knowledge or understanding that constitutional claims would be alleged. She has no desire or intention of pursuing those constitutional claims.

**WHEREFORE**, Eileen Forrest prays that she be allowed to voluntarily dismissal this action without prejudice and without costs. Plaintiff asks for such other and further relief as may be just and equitable.

Respectfully Submitted,

By: /s Julie A. Boynton
One of her attorneys

Donald L. Johnson (ARDC NO. 1342460)
Julie A. Boynton (ARDC NO. 6224529)
33 North Dearborn Street, Suite 1401
Chicago, Illinois 60602
(312) 263-7000