Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6066 | **DATE** | 1/19/2011 |
| **CASE TITLE** | Forest vs. Beermann Swerdlove LLP | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion [13] is granted. This case is voluntarily dismissed without costs and without prejudice to Ms. Forrest pursuing her claims in state court. It is so ordered. Civil case terminated

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|